

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL ACTION NO. 3:19-Cr-95-JHm

**JOSEPHINE M. CROWE**            DEFENDANTS

## MOTION TO SEAL INFORMATION

Comes the United States of America, by counsel, Stephanie M. Zimdahl, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the information filed this 30th day of May, 2019, charging the above-named defendant with violations of Title 18, United States Code, Sections 1344 and 1028A(a)(1), be kept secret until the defendant has appeared on the summons issued in this case, and to further order that until the defendant has appeared on such summons that no person disclose the return of the information, or any warrant or order issued pursuant thereto except as necessary for the issuance of the summons for the appearance of the defendant.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Stephanie M. Zimdahl
Assistant U.S. Attorney