# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
JUL - 1 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:19CR-95-JHM |
| JOSEPHINE CROWE | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/01/2019

_Defendant's signature_

_Signature of defendant's attorney_

Thomas E. Clay
*Printed name of defendant's attorney*

_Judge's signature_

Joseph H. McKinley, Jr., Senior Judge
*Judge's printed name and title*