CASE #: 3:19-cr-00095-JHM-1



To Judge Joseph H. McKinley, Jr,

      My name is Josephine Crowe. I am scheduled to self surrender on January 7, 2020. My US marshal number is 20017-033. I am kindly asking for a 60 day extension to extend my self report date. My pre-sentence report, and sentencing paperwork going into prison does not have my heart medication listed anywhere, and I'm extremely concerned over this. Due to the fact that the heart doctor that I normally see has moved to another practice, and the appointments are several weeks out. I was able to get an appointment, but it isn't until January 15, 2020 at which point I am scheduled to have an EKG done that day and they will write me the needed prescriptions to take with me for the BOP's records. That medication is what I must take when I go into AFIB which happens often. I just don't want to be without this medication for any length of time due to the risk of a stroke. The doctor is also stating they may start me on a blood thinner. I tried to get my affairs in order before Christmas so it would be done in a timely manner to turn myself in to the BOP, but with the holidays the appointments are difficult to schedule because everyone is off work or the offices are closed. The appointments are also backed up because everyone is trying to use their FSA or health benefits before the year runs out, according to what the office has told me.

      Lastly, my husband and I have a bankruptcy court date that I am supposed to attend January 29, 2020. We are trying to get our finances in order before I begin my sentence so we can prepare for the best outcome upon my release from prison. I am required to be there, so I do not know what will happen if I cannot show up for court.

Extending my self surrender date by 60 days would allow me to have all of my current issues dealt with. I thank you for your consideration in this matter.

Respectfully,

Josephine Crowe

*Josephine Crowe*