# EXHIBIT 2

**Document Proposed for Filing Under Seal**



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

Office of the Warden

3301 Leestown Road
Lexington, KY 40511-8799

July 30, 2020

**MEMORANDUM FOR INMATE POPULATION**

**FROM:** Francisco J. Quintana, Warden

**SUBJECT:** Coronavirus (COVID-19) Update

There have been 285 confirmed cases of COVID-19 within the inmate population and seven COVID-19 deaths. There are currently **zero** active positive cases at the institution. There are 226 on recovery status.

Effective today, the inmates in general population will be able to access the phone system up to five times a week, with each call being up to 15 minutes. However, regardless of how many minutes are utilized; inmates are only afforded five phone calls a week. Every week the validation day will begin on a Sunday and end on Saturday. In addition, General Educational Development (GED) testing is resuming within the population; to include self-study course curriculums. As our case numbers continue to stabilize, further expansion of normal operations will be considered.

As a reminder, please ensure you are practicing CDC best practices to prevent transmission of COVID-19: avoid touching your face, wash your hands frequently, cough/sneeze in your elbow, practice social distancing when possible, increase sanitation and hygiene efforts, and follow all other advertised precautions to assist in reducing the spread of the illness. Wear your face covering at all times, except while eating, drinking, and sleeping. If your face covering is unserviceable, please advise your unit manager.

We appreciate your continued cooperation and flexibility as we do everything we can to assure the safety and security of our staff and inmates. We are continually monitoring updates nationally and will share with you any pertinent information as it becomes available.