# EXHIBIT 3

**Document Proposed for Filing Under Seal**



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

---

*Office of the Warden*

3301 Leestown Road
Lexington, KY 40511-8799

July 2, 2020

**MEMORANDUM FOR INMATE POPULATION**

**FROM:** Francisco J. Quintana, Warden

**SUBJECT:** Coronavirus (COVID-19) Update

There have been 283 confirmed cases of COVID-19 within the inmate population and six COVID-19 deaths. There is currently six active positive cases housed in Health Care Unit (HCU) and one at the local hospital. There are 230 inmates on recovery status. These numbers will continue to change as more of our inmates recover from this illness and our case rates continue to decline.

On June 30, 2020, an inmate on the food service detail was tested for COVID-19 using the Abbott ID NOW machine. The test was inconclusive, as a precaution, the entire detail as well as close contacts were tested and submitted to the lab. The tests results revealed all inmate were negative. However, this incident demonstrated our need as institution to continue to be vigilant and utilize CDC best practices to mitigate and prevent the spread of the virus. There has been an increase in positive cases in the community and the virus could easily spread throughout the institution if we become complacent with our prevention efforts. When social distancing is not possible, staff and inmates are to continue to wear their face coverings at all times. Enforcement of this practice is paramount to everyone's safety.

The Agency has elected to extend the Phase Seven Action Plan through July 31, 2020. The current schedule of activities will remain in place with a few modifications. Institution to institution transfers will begin to take place in the near future.

We appreciate your continued cooperation and flexibility as we do everything we can to assure the safety and security of our staff and inmates. We are continually monitoring updates nationally and will share with you any pertinent information as it becomes available.