# EXHIBIT 4

**Document Proposed for Filing Under Seal**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cr-00095-JHM-1 |
| v. ) | |
| ) | |
| **JOSEPHINE CROWE,** ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF PETER CROWE

I, Peter Crowe, am over the age of 18 and fully competent to declare as follows:

1. My wife, Josephine Crowe, is incarcerated at Atwood SPC, a minimum-security satellite camp for female offenders adjacent to FMC Lexington.

2. Josephine has numerous health problems, including obesity (BMI over 30), hypertension, asthma, and atrial fibrillation.

3. Since she was incarcerated in January, Josephine's health has deteriorated.

4. If Josephine contracts COVID-19, I fear she might die or suffer serious disease.

5. If released, Josephine will reside in our home in Louisville, Kentucky, with our youngest daughter, who has been diagnosed with Turner Syndrome. Josephine will be able to isolate in her own room for at least fourteen days.

6. I work in an office by myself. If Josephine were released from prison, I would use a room at the entrance to our residence as a changing area to minimize the chance of bringing the SARS-CoV-2 coronavirus into the residence on my clothing or other items. I am already taking these precautions with my daughter given her medical condition.

7. I would support Josephine financially if she were released from prison. I would also cover her on my existing health insurance plan.

Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 31_____, 2020

_____
Peter Crowe