# EXHIBIT 6

## Document Proposed for Filing Under Seal

**RESPONSE TO INMATE CORRESPONDENCE**

Name: Crowe, Josephine
Reg. No.: 20017-033
Unit: Atwood

This is in response to your correspondence dated April 27, 2020, in which you requested to be considered for a Compassionate Release or Reduction in Sentence (RIS) based on extraordinary or compelling circumstances: medical issues and COVID-19.

Per Program Statement 5050.50 <u>Compassionate Release/Reduction in Sentence</u>: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), there are certain criteria which you must meet in order to be considered for an RIS. Your request was received and is being processed for further review.

_____   5-28-2020
Francisco J. Quintana, Warden      Date

---

*Letter received by the warden 4/28/2020*

*response dated 5.28.20*

*received in my mail 6/2/2020.*

*How long do they have to review? my question*