# EXHIBIT 7

**Document Proposed for Filing Under Seal**

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,  Plaintiff,  v.  **JOSEPHINE CROWE**,  Defendant. | Case No. 3:19-cr-00095-JHM-1 |

**DECLARATION OF LAUREN PARDEE RUBEN**

I, Lauren Pardee Ruben, am over the age of 18 and fully competent to declare as follows:

1. I am an attorney at Perkins Coie LLP. I am representing Josephine Crowe in moving for compassionate release before this Court.

2. The following is information Ms. Crowe conveyed to me over the course of several legal calls. Other than what Ms. Crowe told me, I have no independent personal knowledge of this information.

3. Ms. Crowe is incarcerated at Atwood SPC, a minimum-security satellite camp for female offenders adjacent to FMC Lexington.

4. Ms. Crow pleaded guilty to financial institution fraud and aggravated identity theft. Her misconduct began by paying off loans for others and snowballed from there. She deeply regrets her actions and has resolved never to reoffend.

5. Ms. Crowe has no disciplinary history from her time in prison.

6. Ms. Crowe suffers from obesity (BMI over 30), hypertension, asthma, and atrial fibrillation.

7. Ms. Crowe's asthma symptoms were well controlled before she was incarcerated; she used an inhaler only once or twice a year. But in the dusty and moldy prison environment, her asthma has flared up. She now uses two inhalers daily. It is difficult for her to wear a cloth mask all day because of her asthma.

149531592.1

- 2 -

8. Before Ms. Crowe's incarceration, she would take flecainide and baby aspirin to control her atrial fibrillation. But she has not received either medication since arriving at the prison in January 2020.

9. Ms. Crowe is housed in a 230-sf space with four other women. The building is a dormitory-style unit with about 150 inmates who share toilets, sinks, phones, and eating spaces. It is simply impossible for her to maintain a six-foot distance from other people. She has observed the prison's isolation/quarantine procedures and believes they are ineffective.

10. Ms. Crowe lacks adequate soap and other hygienic supplies.

11. Ms. Crowe fears that if she contracts COVID-19, she is at high risk of death or serious disease.

12. If released, Ms. Crowe will reside in her home in Louisville, Kentucky with her husband and youngest daughter. She will be able to self-isolate in her own room for at least fourteen days. Ms. Crowe's husband will support her financially cover her on his health insurance plan.

Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2020

*/s/ Lauren Pardee Ruben*
Lauren Pardee Ruben