# EXHIBIT 8
**Document Proposed for Filing Under Seal**



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

---

*Office of the Warden*

3301 Leestown Road
Lexington, KY 40511-8799

September 3, 2020

**MEMORANDUM FOR INMATE POPULATION**

**FROM:**      Francisco J. Quintana, Warden

**SUBJECT:**   Coronavirus (COVID-19) Update

There have been 287 confirmed cases of COVID-19 within the inmate population and eight COVID-19 deaths. There are currently no active positive cases at FMC Lexington. There are 205 inmates at FMC Lexington on recovery status and six at Atwood Camp.

On July 30, 2020, we received notification from the Designation and Sentence Computation Center that FMC Lexington's target COVID-19 population would be temporarily reduced. The purpose of this reduction is to ensure our institution is able maintain proper social distancing and mitigate the spread of viral infection within the inmate population. Therefore, inmates are being prioritized for furlough transfer to Residential Re-entry Centers, Home Confinement, and minimum institutions; while other inmates may receive facility-to-facility transfers. As a result, approximately 100 inmates were re-designated for Facility Re-organization purposes. Inmates in programs such as RDAP, DDRDAP, Care 3 Mental Health, or inmates designated for medical care are not included in the reorganization. The time frame and duration of these transfers has still not been determined; however, these transfers are necessary due to the need to mitigate the spread of viral infection within the institution. Questions regarding these transfers should be referred to the inmate's unit team due to information evolving on a daily basis.

Inmates are reminded during the scheduled moves to practice social distancing and to wear their face covering over their mouth and nose to prevent the spread of the virus. One new cloth mask was issued this week and an additional new mask will be issued next week.

As part of the Bureau's extended Phase Nine Action Plan, visitation will resume the week of October 3, 2020. More details will follow. You should also pay close attention to posted callout assignments on the housing units, medical callouts are being posted now and you should leave the units during scheduled moves.

CROWE, JOSEPHINE 20017033