# EXHIBIT 10

## Document Proposed for Filing Under Seal



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

**Office of the Warden**

3301 Leestown Road
Lexington, KY 40511-8799

April 15, 2020

MEMORANDUM FOR INMATE  Crowe, J.  , REG. NO. 20017-033

FROM:  Francisco J. Quintana, Warden

SUBJECT:  Home Confinement Reviews

FMC Lexington staff completed a review of your request for Home Confinement. If you are receiving this response, you did not meet one or more of the eligibility criteria listed below.

___  Primary or prior offense is not violent, not a sex offense, or not terrorism

___  No detainer

___  Mental Health Care Level is less than CARE-MH 4

_X_  PATTERN risk score is Minimum (R-MIN)

___  No incident reports in the past 12 months (regardless of severity level)

___  U.S. Citizen

___  Viable Release Plan

*Handwritten note:* Response hand given to me @ 4:01 by Mr. Colbert (My pattern level is low.) It goes Minimum (low), Medium, High