# EXHIBIT 11
## Document Proposed for Filing Under Seal

```
LEXJR              *       INMATE DISCIPLINE DATA          *    08-17-2020
PAGE 001 OF 001    *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:19:05

REGISTER NO: 20017-033 NAME..: CROWE, JOSEPHINE
FUNCTION...: DIS       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 08-17-2020
                       RSP OF: LEX-LEXINGTON FMC




G5401       DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

As of 8/17/20

From my case manager.

Only copy I have. Could you send a copy to Pete Please?