UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:19-cr-95-DJH

JOSEPHINE CROWE,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Josephine Crowe filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Docket No. 43). Upon consideration, it is hereby

**ORDERED** that the **United States shall file a response** to Defendant's motion (DN 43) **within 21 days** from the entry date of this Order. Defendant may file a reply **within 14 days** of service of the United States' response.

Date: August 19, 2022

David J. Hale, Judge
United States District Court

cc:     Defendant, *pro se*
       U.S. Attorney
4415.010