UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                             CRIMINAL ACTION NO. 3:19-cr-00095-DJH

JOSEPHINE CROWE                                                                         DEFENDANT

### ORDER REGARDING MOTION FOR LEAVE TO FILE SEALED DOCUMENT

The United States of America having moved the Court for Leave to File Sealed Documents; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED THAT the United States' Exhibits A through C to its Response to Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) are SEALED pending further Order of the Court.

September 12, 2022

David J. Hale, Judge
United States District Court

cc:   USAO (SMZ)
      Josephine Crowe, *pro se*