ATTACHMENT

2



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CROWE, JOSEPHINE  20017-033

SEQUENCE: 00329278
Report Date: 09-22-2022

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 07-28-2022 | 08-08-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 06-08-2022 | 07-28-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 05-03-2022 | 06-08-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 04-29-2022 | 05-03-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 02-28-2022 | 04-29-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 02-23-2022 | 02-28-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 10-20-2021 | 02-23-2022 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 08-27-2021 | 10-20-2021 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 08-12-2021 | 08-27-2021 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 06-07-2021 | 08-12-2021 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 02-22-2021 | 06-07-2021 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 10-05-2020 | 02-22-2021 |
| LEX SCP | A-DES | OTHER AUTH ABSENCE RETURN | 03-09-2020 | 10-05-2020 |
| LEX SCP | A-DES | US DISTRICT COURT COMMITMENT | 01-07-2020 | 03-09-2020 |

*(handwritten annotation: Med trips to outside Doctors.)*

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-13-2020 |
| CARE1-MH | CARE1-MENTAL HEALTH | 01-21-2020 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-07-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-08-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-14-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-25-2021 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-13-2020 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-12-2021 |

### Physical and Mental Health Summary

** No notes entered **

### FRP Payment Plan

Most Recent Payment Plan

FRP Assignment:  **PART**   FINANC RESP-PARTICIPATES   Start: 01-19-2020
Inmate Decision:  **AGREED**   $25.00   Frequency: **MONTHLY**
Payments past 6 months:  $150.00   Obligation Balance: $3,048,775.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST CV | $3,049,025.00 | $3,048,775.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-13-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 08-10-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 07-13-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 06-09-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 05-11-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 04-08-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |