ATTACHMENT

3

```
LEXJD              *            LEXINGTON FMC              *       09-05-2022
PAGE 001                                                           15:14:00
```

```
REG NO      NAME         FROM          TO           TIME   CATEGORY(2)  CATEGORY(3)
CALLOUTS  FOR 09-06-2022                                   UNT ASGN     WRK ASGN
---------------------------------
38228-068  ADAIR                       ATW FIELDS   1330   ATW          ORD ATW
80578-509  AKABUAKU                    ATW RN       0900   ATW          ORD ATW
                                       ATW FIELDS   1230   ATW          ORD ATW
                                       ATW FIELDS   1330   ATW          ORD ATW
12258-087  BACHMAN                     ATW FIELDS   1330   ATW          LANDSCAPE
41852-509  BAKER                       ATW FIELDS   1430   ATW          SCP F/S
17320-028  BARGER                      ATW FIELDS   1330   ATW          VACATION
21378-032  BELLAMY                     PSYDR SCHU   1100   ATW          SCP REC
14753-509  BOLING                      CHAPEL       1400   ATW          LANDSCAPE
55467-509  BORING                      CHAPEL       1400   ATW          SCP F/S
47589-044  BRADLEY                     DR S GROUP   0930   ATW          SCP ED
                                       CHAPEL       1400   ATW          SCP ED
71630-019  BROOKS                      ATW DENTAL   1000   ATW          SCP F/S
78115-509  CHANDLER                    ATW RN       0900   ATW          SCP F/S
65327-509  CHURCHWARD                  ATW FIELDS   1330   ATW          SCP ED
39157-068  CLARK                       ATW FIELDS   1230   ATW          UNASSG
53431-074  COOPER                      ATW FIELDS   1430   ATW          ORD ATW
20017-033  CROWE                       ATW FIELDS   1330   ATW          GARAGE 1 —Class-FIELDS
66691-509  DAY                         ATW FIELDS   1230   ATW          SCP F/S
11634-084  DRAKE                       ATW DENTAL   1100   ATW          ORD ATW
07964-509  EDMOND                      ATW FIELDS   1330   ATW          UNASSG
11328-509  ELLIOTT                     DR S GROUP   0930   ATW          SCP F/S
                                       CHAPEL       1400   ATW          SCP F/S
54783-074  ESPINOZA                    DR S GROUP   0930   ATW          SCP F/S
                                       ATW FIELDS   1230   ATW          SCP F/S
                                       CHAPEL       1400   ATW          SCP F/S
45828-509  FRUITS                      ATW FIELDS   1330   ATW          SCP ED
64093-509  GEORGE                      ATW FIELDS   1430   ATW          SCP F/S
18234-027  GLASS                       ATW DENTAL   1130   ATW          SCP F/S
31781-171  GORDON                      PSYDR SCHU   1215   ATW          PWP
47959-509  HARPER BAR                  ATW FIELDS   1330   ATW          ORD ATW
72458-061  HOWELL                      DR S GROUP   0930   ATW          ATW FSWHS
                                       ATW FIELDS   1330   ATW          ATW FSWHS
                                       ATW FIELDS   1430   ATW          ATW FSWHS
42686-074  HUGHES                      ATW FIELDS   1330   ATW          PWP
36906-060  JOHNSON                     ATW FIELDS   1430   ATW          ORD ATW

G0002       MORE PAGES TO FOLLOW . . .
```