UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY  LOUISVILLE DIVISION

United States of America,

Plaintiff

**FILED**
JAMES J. VILT JR,
CLERK
10/04/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Criminal Action No. 3:19-cr-95-DJH
Addendum to Rebuttal
Judge David Hale

Josephine Crowe,

Defendant

Dear Judge Hale,

      I have attached a current Program Review report that reflects where the medical staff

reviewed my medical records on September 26th, 2022 and updated me to a Chronic

Care Level 2.  Upon asking medical why my records had not been updated and explaining

how I needed to paint a proper picture of my medical care needs/level so you would be

able to make a more informed decision. They proceeded with an annual review of my

chart.  The lack of updating my records is another BOP failure.  My records apparently

were to be reviewed annually for Care Level revisions and according to the Provider they

have not been reviewed since my entry into the BOP.  Another hurdle I had to work through

during the process to provide you with proper information.  The extent of my illnesses

clearly defines me as needing a much higher level of care, therefore bumping to a Care

Level 2.  I wanted you to be aware of this revision.


      Please consider this change upon reviewing my motion.  Thank you for your time.


Josephine Crowe