

## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: CROWE, JOSEPHINE   20017-033

SEQUENCE: 02195265
Team Date: 09-29-2022

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-21-2020 |
| CARE2 | STABLE, CHRONIC CARE | 09-26-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-07-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-08-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-14-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-25-2021 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-13-2020 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-12-2021 |

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 01-19-2020 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: MONTHLY |
| Payments past 6 months: | $150.00 | Obligation Balance: $3,048,775.00 | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST CV | $3,049,025.00 | $3,048,775.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-13-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 08-10-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 07-13-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 06-09-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 05-11-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |
| | 04-08-2022 | LEX | PAYMENT | INSIDE PMT | $25.00 |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-13-2020 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 07-24-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 07-24-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 07-24-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 07-24-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 07-24-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 07-24-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-24-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 07-24-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 07-24-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 07-24-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 07-24-2022 |